Michael J. McCue
Nevada Bar No. 6055
Jonathan W. Fountain
Nevada Bar No. 10351
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
E-mail: mmccue@lrrc.com
E-mail: jfountain@lrrc.com

*Attorneys for Defendants*
*A Morton Brothers Joint Management, LLC*
*A Morton Brothers Joint, LLC*
*A Morton Brothers Joint Intellectual Property, LLC*
*Michael Morton, and David Morton*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MORTON'S OF CHICAGO, INC., <br><br> Plaintiff, <br><br> v. <br><br> A MORTON BROTHERS JOINT MANAGEMENT, LLC, A MORTON BROTHERS JOINT LLC, A MORTON BROTHERS JOINT INTELLECTUAL PROPERTY, LLC, MICHAEL MORTON, AND DAVID MORTON, <br><br> Defendants. | Case No. 2:17-cv-1043-RFB-VCF <br><br> **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO FILE AND SERVE THEIR ANSWERS OR OTHER RESPONSES TO THE COMPLAINT** <br><br> **(Third Request)** |

Pursuant to LR IA 6-1, Defendants A Morton Brothers Joint Management, LLC, A Morton Brothers Joint, LLC, A Morton Brothers Joint Intellectual Property, LLC, Michael Morton, and David Morton (together, "Defendants") hereby move the Court for entry of an order extending the time, through and including May 26, 2017, for all Defendants to file and serve an answer or other response to the Complaint. This is Defendants' third request for an extension of time. In support of their motion, Defendants state the following:

1. Plaintiff filed its Complaint on April 13, 2017.

2. The three corporate defendants (A Morton Brothers Joint Management, LLC, A Morton Brothers Joint, LLC, and A Morton Brothers Joint Intellectual Property, LLC) were each served with the Summons and Complaint on April 14, 2017, making their deadline to file and

1

serve an answer or other response to the Complaint May 5, 2017. *See* ECF Nos. 21-23; Fed. R. Civ. P. 12(a)(1)(A) ("A defendant must serve an answer: (i) within 21 days after being served with the summons and complaint"). Defendant Michael Morton was served on April 17, 2017, making his deadline to file and serve an answer or other response to the Complaint May 8, 2017. *See* ECF No. 25; Fed. R. Civ. P. 12(a)(1)(A). And Defendant David Morton was served on April 19, 2017, making his deadline to file and serve an answer or other response to the Complaint May 10, 2017. *See* ECF No. 26; Fed. R. Civ. P. 12(a)(1)(A).

3. The parties have been and are currently engaged in productive settlement negotiations that are likely to shortly resolve this action.

4. On May 4, 2017, Plaintiff's counsel provided Defendants' counsel with a proposed settlement agreement.

5. On May 5, 2017, Plaintiff's counsel indicated that Plaintiff would not oppose a motion filed by Defendants to extend the deadline for all Defendants to file and serve their answer or other response to the Complaint to May 12, 2017. Defendants filed the unopposed motion on May 5, 2017. (*See* ECF No. 30.)

6. The parties' settlement negotiations continued.

7. On May 10, 2017, Defendants' counsel forwarded a revised proposed settlement agreement to Plaintiff's counsel.

8. On May 11, Defendants' counsel asked whether Plaintiff's counsel would oppose a second extension of time for Defendants to answer or otherwise respond to the Complaint. Plaintiff's counsel indicated that Plaintiff would not oppose a second extension of time until May 19, 2017. Accordingly, on May 12, 2017, Defendants' counsel filed a second unopposed motion. (*See* ECF No. 31.) The Court granted the motion on May 12, 2017, extending the time for all Defendants to answer or otherwise respond to the Complaint to May 19, 2017. (*See* ECF No. 32.)

9. The parties' settlement negotiations continued.

10. On May 15, 2017, Plaintiff's counsel sent revisions to the draft settlement agreement to Defendants' counsel. On May 16, 2017, Defendants' counsel sent further revisions

2

to the settlement agreement to Plaintiff's counsel. On May 19, Plaintiff's counsel sent further revisions to the settlement agreement to Defendants' counsel that Defendants and their counsel are currently reviewing.

11. Given the parties' progress towards settlement and the upcoming May 19 deadline to answer or otherwise respond to the Complaint, Defendants' counsel asked whether Plaintiff's counsel would oppose a third extension of time for Defendants to answer or otherwise respond to the Complaint. Plaintiff's counsel indicated that Plaintiff would not oppose a third extension of time until May 26, 2017.

12. Accordingly, in light of the parties' active settlement negotiations, Defendants respectfully request that the Court enter an order extending the deadline to and including May 26, 2017, for all Defendants to file and serve an answer or other response to the Complaint.

Dated: this 19th day of May, 2017  LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Jonathan W. Fountain
Michael J. McCue
Jonathan W. Fountain
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
E-mail: mmccue@lrrc.com
E-mail: jfountain@lrrc.com

*Attorneys for Defendants*
*A Morton Brothers Joint Management, LLC*
*A Morton Brothers Joint, LLC,*
*A Morton Brothers Joint Intellectual Property, LLC,*
*Michael Morton, and David Morton*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-19-2017

101347870_1

# **CERTIFICATE OF SERVICE**

I, Jonathan W. Fountain hereby certify that on the 19th day of May, 2017, I filed a true and accurate copy of the foregoing document entitled, DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO FILE AND SERVE THEIR ANSWERS OR OTHER RESPONSES TO THE COMPLAINT (Third Request), via the Court's CM/ECF system, which will send/sent an electronic copy of the same to the following CM/ECF participants:

> Mark A. Hutchinson
> Joseph R. Ganley
> Jacob A. Reynolds
> HUTCHISON & STEFFEN, LLC
> 10080 West Alta Drive
> Las Vegas, NV 89145

Dated: this 19th day of May, 2017.

/s/ Jonathan W. Fountain
An employee of Lewis Roca Rothgerber Christie LLP