1  Michael J. McCue
   Nevada Bar No. 6055
2  Jonathan W. Fountain
   Nevada Bar No. 10351
3  Lewis Roca Rothgerber Christie LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada 89169
   Telephone: (702) 949-8200
5  E-mail: mmccue@lrrc.com
   E-mail: jfountain@lrrc.com
6
   *Attorneys for Defendants*
7  *A Morton Brothers Joint Management, LLC*
   *A Morton Brothers Joint, LLC*
8  *A Morton Brothers Joint Intellectual Property, LLC*
   *Michael Morton, and David Morton*
9
                    **UNITED STATES DISTRICT COURT**
10                      **DISTRICT OF NEVADA**

11 MORTON'S OF CHICAGO, INC.,              Case No. 2:17-cv-1043-RFB-VCF

12        Plaintiff,                       **STIPULATION AND ORDER FOR**
                                           **DISMISSAL WITH PREJUDICE**
13 v.

14 A MORTON BROTHERS JOINT
   MANAGEMENT, LLC, A MORTON
15 BROTHERS JOINT LLC, A MORTON
   BROTHERS JOINT INTELLECTUAL
16 PROPERTY, LLC, MICHAEL MORTON,
   AND DAVID MORTON,
17
          Defendants.
18

19

20

21

22

23

24

25

26

27

28

101468684_1

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff, Morton's of Chicago, Inc. and Defendants A Morton Brothers Joint Management, LLC, A Morton Brothers Joint, LLC, A Morton Brothers Joint Intellectual Property, LLC, Michael Morton, and David Morton, having settled their dispute, hereby agree and stipulate to dismiss this action, with prejudice, and without an award of attorneys' fees or costs to any party.

Dated: June 2, 2017

**IT IS SO AGREED AND STIPULATED:**

LEWIS ROCA ROTHGERBER CHRISTIE LLP                    HUTCHISON & STEFFEN, LLC

By: /s/ Jonathan W. Fountain                                              By: /s/ Joseph R. Ganley
Michael J. McCue                                                                 Mark A. Hutchison
Jonathan W. Fountain                                                           Joseph R. Ganley
3993 Howard Hughes Parkway, Suite 600                          Jacob A. Reynolds
Las Vegas, NV 89169                                                           10080 West Alta Drive
Telephone: (702) 949-8200                                                   Las Vegas, NV 89145
E-mail: mmccue@lrrc.com                                                    Telephone: (702_ 385-2500
E-mail: jfountain@lrrc.com                                                    E-mail: mhutchison@hutchlegal.com
                                                                                            E-mail: jganley@hutchlegal.com
                                                                                            E-mail: jreynolds@hutchlegal.com

*Attorneys for Defendants*                                                   *Attorneys for Plaintiff*
*A Morton Brothers Joint Management, LLC*                      *Morton's of Chicago, Inc.*
*A Morton Brothers Joint, LLC,*
*A Morton Brothers Joint Intellectual Property, LLC,*
*Michael Morton, and David Morton*

**IT IS SO ORDERED:**

_____.
RICHARD F. BOULWARE, II
United States District Judge  — — — — — — — —

DATED: June 5, 2017.

2